# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Amer Al Hommsi

                         Plaintiff,

v.                                                  Case No.: 1:17−cv−00801
                                                  Honorable Elaine E. Bucklo

Donald Trump, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 9, 2017:

      MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's motion for voluntary dismissal of this case, without prejudice, and with leave to reinstate on or before 8/1/17 is granted. The motion to intervene [11] is denied as moot. All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.